IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Alejandro Medrano,<br><br>            Defendant. | CR 09-00185-005-TUC-CKJ (BGM)<br><br>FINAL ORDER OF FORFEITURE |

The Court has reviewed the Government's Motion for Final Order of Forfeiture, therefore,

IT IS ORDERED granting the Government's Motion for Final Order of Forfeiture (Doc. 591).

WHEREAS, on May 23, 2023, this Court entered an Order Forfeiting Substitute Property and Amending the Order of Forfeiture upon Motion of the government, ordering the defendant to forfeit $1,384.20 in U.S. currency; and

WHEREAS, consecutively from May 24, 2023, through June 22, 2023, notice of the Order Forfeiting Substitute Property and Amending the Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the court within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 21, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2(e)(1)(B).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 21, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2(e)(1)(B), all right, title and interest in $1,384.20 in U.S. currency is hereby forfeited to and vested in the United States and shall be disposed of according to law.

IT IS FURTHER ORDERED that any future payments received by the government through the Treasury Offset Program are hereby forfeited and shall be applied to the defendant's outstanding forfeiture money judgment.

IT IS FURTHER ORDERED that the defendant's outstanding forfeiture money judgment is amended to reflect a balance of $8,365.80 in U.S. currency.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

Dated this 14th day of August, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge

*United States of America v. Alejandro Medrano*
*Final Order of Forfeiture – Page 2 of 2*